# EXHIBIT C

Case 5:07-cv-04910-JF   Document 1-5   Filed 09/21/2007   Page 1 of 3

```
 1  SEYFARTH SHAW LLP
    Dana L. Peterson (State Bar No.: 178499)
 2  Sharon Ongerth Rossi (State Bar No.: 232725)
    560 Mission Street, Suite 3100
 3  San Francisco, California 94105
    Telephone: (415) 397-2823
 4  Facsimile: (415) 397-8549

 5  Attorneys for Defendants
    PSC Industrial Outsourcing, Inc., Bruce Robinson and Joe Hamby
 6

 7

 8

 9                SUPERIOR COURT OF CALIFORNIA

10                    COUNTY OF MONTEREY

11  LISAMARIE BRAYDEN           )   Case No. M 85575
                                )
12              Plaintiff,      )   NOTICE TO STATE COURT AND
                                )   TO ADVERSE PARTY OF
13        v.                    )   REMOVAL TO FEDERAL COURT
                                )
14  PSC INDUSTRIAL OUTSOURCING, )
    INC., MARK BLANCHARD, JOE   )   [28 U.S.C. § 1446(d)]
15  HANBY, BRUCE ROBINSON and   )
    DOES 1-10, inclusive,       )
16                              )
               Defendants.      )
17                              )
```

**TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF MONTEREY AND PLAINTIFF LISAMARIE BRAYDEN AND HER ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on September 21, 2007, Defendants PSC Industrial Outsourcing, Inc., Bruce Robinson and Joe Hamby (collectively "Defendants") filed with the United States District Court for the Northern District of California a Notice of Removal of the above-captioned action from the Superior Court of the State of California for the County of Monterey. Attached hereto as "**Exhibit 1**" is a true and correct copy of that Notice of Removal with its attached exhibits.

NOTICE OF REMOVAL                                                    CASE NO. M 85575

1  The Superior Court of the State of California for the County of Monterey, is hereby
2  advised to proceed no further with this matter unless and until the case is remanded.

3
4  DATED: September 21, 2007                     SEYFARTH SHAW LLP

5                                                _____
                                                 By:     Sharon Ongerth Rossi
6                                                Attorneys for Defendants PSC Industrial
                                                 Outsourcing, Inc., Bruce Robinson and Joe
7                                                Hamby

17 SF1 28302154.1 / 31121-000059

NOTICE OF REMOVAL                                                       2                                      CASE NO. M85575