**ADR E-FILING** ORIGINAL FILED

2007 SEP 21 PM 2:11

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1  SEYFARTH SHAW LLP
2  Dana L. Peterson (State Bar No. 178499)
   Sharon Ongerth Rossi (State Bar No. 232725)
3  560 Mission Street, Suite 3100
   San Francisco, CA 94105
4  Telephone: (415) 397-2823
   Facsimile: (415) 397-8459
5  dpeterson@seyfarth.com
   srossi@seyfarth.com
6
   Attorneys for Defendants
7  PSC Industrial Outsourcing, Inc., Bruce Robinson and Joe Hamby

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 LISAMARIE BRAYDEN,              ) Case No. C07 04910
                                   )
12        Plaintiff,               ) [Removed from Monterey County
                                   ) Superior Court, Case No. M85575]
13     vs.                         )
                                   ) **CERTIFICATION OF INTERESTED
14 PSC INDUSTRIAL OUTSOURCING,     ) PARTIES, LOCAL RULE 3-16**
   INC., MARK BLANCHARD, JOE HANBY,)
15 BRUCE ROBINSON and Does 1       ) Trial Date:   None Set
   through 1-50,                   ) Removal Date: Sept. 21, 2007
16                                 )
          Defendants.              )
17                                 )
                                   )
18 _____ )

19      TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

20 DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER ATTORNEY OF

21 RECORD:

22      PLEASE TAKE NOTICE THAT, pursuant to Civil L.R. 3-16, the

23 undersigned certifies that the following listed persons,

24 associations of persons, firms, partnerships, corporations

25 (including parent corporations) or other entities (i) have a

26 financial interest in the subject matter in controversy or in a

27 party to the proceeding, or (ii) have a non-financial interest

28

Certification of Interested Parties

in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. LisaMarie Brayden (Plaintiff);
2. PSC Industrial Outsourcing, Inc. (Defendant);
3. Mark Blanchard (Defendant);
4. Bruce Robinson (Defendant); and
5. Joe Hamby (Defendant)

DATED: September 21, 2007

SEYFARTH SHAW LLP

By _____
Sharon Ongerth Rossi
Attorneys for Defendants
PSC INDUSTRIAL OUTSOURCING, INC., BRUCE ROBINSON AND JOE HAMBY

Certification of Interested P...