```
 1  SEYFARTH SHAW LLP
    Dana L. Peterson (State Bar No. 178499)
 2  Sharon Ongerth Rossi (State Bar No. 232725)
    560 Mission Street, Suite 3100
 3  San Francisco, CA 94105
    Telephone: (415) 397-2823
 4  Facsimile: (415) 397-8459
    dpeterson@seyfarth.com
 5  srossi@seyfarth.com

 6  Attorneys for Defendants
    PSC Industrial Outsourcing, Inc., Bruce Robinson and Joe Hamby
 7
```

*E-FILING*  *ADR*  *SEP 21 2007  RICHARD W. WIEKING  CLERK, U.S. DISTRICT COURT  NORTHERN DISTRICT OF CALIFORNIA  SAN JOSE*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISAMARIE BRAYDEN, <br><br> Plaintiff, <br><br> vs. <br><br> PSC INDUSTRIAL OUTSOURCING, INC., MARK BLANCHARD, JOE HANBY, BRUCE ROBINSON and Does 1 through 1-50, <br><br> Defendants. | Case No. C07-04910 <br><br> [Removed from Monterey County Superior Court, Case No. M85575] <br><br> **DECLARATION OF SHARON ONGERTH ROSSI IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) (DIVERSITY JURISDICTION)** <br><br> Complaint Filed: Aug. 1, 2007 <br> Removal Date: Sept. 21, 2007 <br> Trial Date: None Set |

I, Sharon Ongerth Rossi, declare as follows:

1. I have personal knowledge of the facts stated herein, and if called to testify, I could and would testify competently thereto.

2. I am an associate with the law firm Seyfarth Shaw LLP, counsel of record for Defendants PSC Industrial Outsourcing, Inc., Bruce Robinson and Joe Hamby ("Defendants"). I am licensed to practice law in California and am a member in good standing of the California State Bar. I make this declaration in support of Defendants' Notice of Removal.

---

DEC. OF S.ROSSI IN SUPPORT OF DEFS' NOTICE OF REMOVAL TO FEDERAL COURT

3. Attached hereto as **Exhibit A**, is a true and correct copy the Department of Fair Employment Housing Charge filed against Mark Blanchard and the Summons and Civil Complaint in the matter of *Lisa Marie Brayden v. PSC Outsourincg, Inc. et al.*, Case No. M85575.

4. Attached hereto as **Exhibit B**, is a true and correct copy of Defendants' Answer to Plaintiff's Civil Complaint, filed in the Monterey County Superior Court.

5. Attached hereto as **Exhibit C**, is a true and correct copy of the written notice of the filing of this Notice of Removal concurrently filed with the Monterey Superior Court and served on Plaintiff's counsel, as of the date of this declaration.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct. Executed this 21st day of September, 2007 at San Francisco, California.

_____
SHARON ONGERTH ROSSI

SF1 28302590.1

-2-

DEC. OF S.ROSSI IN SUPPORT OF DEFS' NOTICE OF REMOVAL TO FEDERAL COURT