**ADR**

1  SEYFARTH SHAW LLP
   Dana L. Peterson (State Bar No.: 178499)
2  Sharon Ongerth Rossi (State Bar No.: 232725)
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendants
   PSC Industrial Outsourcing, Inc., Bruce Robinson and Joe Hamby

FILED
2007 SEP 21 P 2: 10
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**C07 04910**

LISAMARIE BRAYDEN,                ) Case No. _____
                                  )
         Plaintiff,               ) **CERTIFICATE OF SERVICE RE:**
                                  ) **NOTICE OF REMOVAL**
    v.                            )
                                  )
PSC INDUSTRIAL OUTSOURCING,       )
INC., MARK BLANCHARD, JOE HANBY,  )
BRUCE ROBINSON and DOES 1-10,     )
inclusive,                        )
                                  )
         Defendants.              )

1

Certificate of Service / Case No. _____
SF1 28302607.1

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. On September 21, 2007, I served the within documents:

1. NOTICE TO STATE COURT AND TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

2. DECLARATION OF SHARON ONGERTH ROSSI IN SUPPORT OF DEFENDANTS' Notice of Removal TO FEDERAL COURT Under 28 U.S.C.§ 1441(B) (DIVERSITY JURISDICTION)

3. CIVIL CASE COVER SHEET

4. CERTIFICATION OF INTERESTED PARTIES, LOCAL RULE 3-16

☐ I sent such document from facsimile machine (415) 397-8549 on September 21, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth below.

☐ by causing Wheels of Justice to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

<u>Counsel for Plaintiff LisaMarie Brayden</u>

Peter N. Lamberto, Esq.
LAMBERTO & KREGER
160 West Santa Clara, Suite 1050
San Jose, CA  95113-2311

2

Certificate of Service / Case No. _____
SF1 28302607.1

1   I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under
2 that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the
3 ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation
4 date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

5

6   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

7   Executed on September 21, 2007, at San Francisco, California.

8

9             _____
              Regina Wyrick Berry

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
              3

Certificate of Service / Case No. _____
SF1 28302607.1