PETER N. LAMBERTO, State Bar No. 061813
LAMBERTO & KREGER
160 West Santa Clara, Suite 1050
San Jose, CA 95113-2311
Telephone: (408) 999-0300
Facsimile: (408) 999-0301

Attorneys for Plaintiff Eisha Ur-Rahman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISAMARIE BRAYDEN | Case No. C 07-04910 PVT |
| Plaintiff, | **DEMAND FOR JURY TRIAL** |
| vs. | |
| PSC INDUSTRIAL OUTSOURCING, INC., MARK BLANCHARD, JOE HAMBY, BRUCE ROBINSON, AND DOES 1-50  AND DOES 1-50, | |
| Defendants. / | |

Plaintiff/Claimant LISAMARIE BRAYDEN hereby demands a jury trial in the above-entitled matter.

Dated: September 26, 2007          LAMBERTO & KREGER


By: _____
          PETER N. LAMBERTO
          Attorneys for Plaintiff LISAMARIE BRAYDEN