```
SEYFARTH SHAW LLP
Dana L. Peterson (State Bar No. 178499)
Sharon Ongerth Rossi (State Bar No. 232725)
560 Mission Street, Suite 3100
San Francisco, CA  94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8459
dpeterson@seyfarth.com
srossi@seyfarth.com

Attorneys for Defendants
PSC Industrial Outsourcing, Inc., Bruce Robinson and Joe Hamby
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISAMARIE BRAYDEN<br><br>Plaintiff(s),<br><br>v.<br><br>PSC INDUSTRIAL OUTSOURCING, INC., MARK BLANCHARD, JOE HAMBY, BRUCE ROBINSON. ET AL.<br>Defendant(s). | No. C 07-04910 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 3, 2007            Signature _____

Counsel for Defendants
(Plaintiff, Defendant, or indicate "pro se")

PSC Industrial Outsourcing, Inc.,
Bruce Robinson, and Joe Hamby