UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE BRAYDEN,<br><br>        Plaintiff,<br><br>  v.<br><br>PSC INDUSTRIAL OUTSOURCING INC.,<br>ET AL. et al,<br><br>        Defendant.<br>_____ / | Case Number: CV07-04910 JF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 4, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter Nicholas Lamberto
Lamberto & Kreger, LLP
160 West Santa Clara
Suite 1050
San Jose, CA 95113-2311

Dated: October 4, 2007

                                        Richard W. Wieking, Clerk
                                        By: Tiffany Salinas-Harwell, Deputy Clerk