1  PETER N. LAMBERTO, State Bar No. 061813
   LAMBERTO & KREGER
2  160 West Santa Clara, Suite 1050
   San Jose, CA 95113-2311
3  Telephone: (408) 999-0300
   Facsimile: (408) 999-0301
4
   Attorneys for Plaintiff LISAMARIE BRAYDEN
5

6
                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA

8

9  LISAMARIE BRAYDEN                          Case No. C 07-04910 JF

10
           Plaintiff,                         **NOTICE OF MOTION TO**
11                                            **REMAND [28 U.S.C. § 1447(c)]**
   vs.
12                                            Date: December 14, 2007
   PSC INDUSTRIAL OUTSOURCING, INC.,          Time: 9:00 a.m.
13 MARK BLANCHARD, JOE HAMBY, BRUCE           Dept.: 3; Hon. Jeremy Fogel
   ROBINSON, AND DOES 1-50  AND DOES 1-50,
14
           Defendants.
15 _____/

16 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

17        Please take notice that on December 14, 2007 at 9:00 a.m. or as soon thereafter as

18 counsel can be heard, in Department 3, at the United States District Court, Northern District,

19 located at 280 S. First St., San Jose, CA 95113, plaintiff shall, and hereby does, move to remand

20 this matter to California Superior Court, County of Monterey, following its removal by

21 defendants, on the basis of a lack of a Federal diversity jurisdiction.  This motion is based on this

22 Notice of Motion, the Memorandum of Points and Authorities filed in support of this motion, and

23 all of the pleadings and papers on file in this action.

24

25 Dated: October 12, 2007                   LAMBERTO & KREGER

26

27                                           By: _____
                                                 PETER N. LAMBERTO
28                                               Attorneys for Plaintiff