<u>DECLARATION OF SERVICE</u>

I, the undersigned, declare:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, California, in which county the within-mentioned mailing occurred, and not a party to the subject cause.  My business address is 160 West Santa Clara, Suite 1050, San Jose, California 95113.  On October 12, 2007, I caused to be served the attached **NOTICE OF MOTION TO REMAND; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF  MOTION TO REMAND (28 U.S.C. §1447 [c])**; **ORDER**
 on the parties in said cause as follows:

Ms. Dana Peterson
Seyfarth Shaw
560 Mission St., Suite 3100
San Francisco, CA 94105


[ xx ]   (BY MAIL)  I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[    ]   (BY PERSONAL SERVICE)  I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[    ]   (BY OVERNIGHT DELIVERY)  I caused such envelopes to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[    ]   (BY FACSIMILE)  I served the parties listed on the attached service list by facsimile on the fax numbers listed below each of the parties.

[    ]   (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ xx ]   (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 12, 2007, at San Jose, California.


_____
Peter Lamberto