1   PETER N. LAMBERTO, State Bar No. 061813
    LAMBERTO & KREGER
2   160 West Santa Clara, Suite 1050
    San Jose, CA 95113-2311
3   Telephone: (408) 999-0300
    Facsimile: (408) 999-0301
4
    Attorneys for Plaintiff LISAMARIE BRAYDEN
5

6
                    UNITED STATES DISTRICT COURT
7                 NORTHERN DISTRICT OF CALIFORNIA

8

9   LISAMARIE BRAYDEN                        Case No. C 07-04910 JF

10
                    Plaintiff,               **[PROPOSED] ORDER
11                                           GRANTING MOTION TO
    vs.                                      REMAND [28 U.S.C. section
12                                           1447(c)]**
    PSC INDUSTRIAL OUTSOURCING, INC.,
13  MARK BLANCHARD, JOE HAMBY, BRUCE         Date: December 14, 2007
    ROBINSON, AND DOES 1-50  AND DOES 1-50,  Time: 9:00 a.m.
14                                           Dept.: 3; Hon. Jeremy Fogel
                    Defendants.
15  _____/

16       IT IS HEREBY ORDERED:

17       That this action is hereby ordered Remanded to California Superior Court,

18  Monterey County, on the basis of no federal diversity jurisdiction.  Defendants to

19  pay plaintiff the amount of $_____ in attorneys fees within 10 days.

20

21  Dated:                          _____

                                    Hon. Jeremy Fogel
22

23

24

25

26

27

28

1

2    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3                                 Please take notice that on December 14, 2007  at

4    9:00 a.m. or as soon thereafter as counsel can be heard, in Department 3, at the United States

5    District Court, Northern District, located at 280 S. First St., San Jose, CA 95113, plaintiff shall,

6    and hereby does, move to remand this matter to California Superior Court, County of Monterey,

7    following its removal by defendants, on the basis of a lack of a Federal diversity jurisdiction.  This

8    motion is based on this Notice of Motion, the Memorandum of Points and Authorities filed in

9    support of this motion, and all of the pleadings and papers on file in this action.

10
     Dated: October 12, 2007                    LAMBERTO & KREGER
11

12
                                               By: _____
13                                                  PETER N. LAMBERTO
                                                    Attorneys for Plaintiff
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28