# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, December 14, 2007
**Case Number:** CV-07-4910-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**         **LISAMARIE BRAYDEN  V.  PSC INDUSTRIAL OUTSOURCING, ET AL**

              **PLAINTIFF**                          **DEFENDANT**

     **Attorneys Present:  Peter Lamberto**              **Attorneys Present: Dana Peterson**

---

PROCEEDINGS:

     Hearing on Motion to Remand held.  Parties are present. The motion is taken under submission.