

2008 MAR 21 PM 3: 11

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

March 3, 2008

Monterey County Superior Court
1200 Aguajito Road
Monterey, CA 93940

RE: CV 07-04910 JF    LISA MARIE BRAYDEN-v-PSC INDUSTRIAL OUTSOURCING INC., ET AL.
     Your Case Number: (M85575)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (X)    Certified copies of docket entries

        (X)    Certified copies of Remand Order

        (X)    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

*[signature]*

by: Gordana Macic
Case Systems Administrator

Enclosures
Copies to counsel of record

Placed in file

Sarah

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg